**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel to Defendant-Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 7 |
| JOHN G. BALESTRIERE, | |
| | Case No. 24-11422 (lgb) |
| Debtor. | |
| YIFAT V. SCHNUR and YIFAT V. SCHNUR, ESQ., LLC, | |
| Plaintiffs, | Adv. Proc. Case No. 24-04036 (lgb) |
| vs. | |
| JOHN G. BALESTRIERE, | |
| Defendant. | |

**DEFENDANT JOHN G. BALESTRIERE'S ANSWER AND AFFIRMATIVE
DEFENSES TO THE PLAINTIFFS' ADVERSARY COMPLAINT**

Defendant, John G. Balestriere ("Defendant"), by and through his undersigned

counsel, Barclay Damon LLP, pursuant to Rule 15(a)(1)(a) of the Federal Rules of Civil

Procedure, as made applicable by Rule 7015 of the Federal Rules of Bankruptcy

Procedure, by way of this Answer and Affirmative Defenses to Plaintiffs' Adversary

Complaint (the "Complaint"), says in reference to the paragraphs in that Complaint:

1

## PRELIMINARY STATEMENT

1)      Admitted, except noting that the tort claims and the purported misconduct are merely alleged, and have not been proved notwithstanding seven years of litigation of the State Lawsuit being paid for by Plaintiffs' client, indicted sex trafficker Howie Rubin. Unless specifically admitted below, Defendant denies any allegation of misconduct of any kind, including, but not limited to any (still unproven) assertion that any misstatements were made to any court, or that Defendant knew that anything his clients asserted was false, or even that anything Defendant's former clients in fact asserted was false.

2)      Admitted that Plaintiffs in their State Lawsuit claim to seek redress from purported injuries, but deny that Plaintiffs were injured, or that there was a scheme (only asserted and not proven after years of litigation), and deny any other allegations in this paragraph.

3)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

4)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

However, Defendant Balestriere throughout this pleading denies that the federal lawsuit where Plaintiffs Yifat Schnur and her single employee law firm were, for a short time, defendants (what has in other filings been called the EDNY Sex Trafficking Action) was, as Plaintiffs continue to call it, a "Sham Action."

Instead, Balestriere's seven year investigation and prosecution of that action:

(A)     resulted in a unanimous plaintiff side jury verdict in favor of six of Defendant's former clients ("the EDNY Sex Trafficking Victims") and against Yifat Schnur's client Rubin;

(B)     such action also resulted in a cumulative victims-plaintiffs' award of approximately $9 million against Schur's client Rubin; and

(C)     Balestriere's representation of seven victims in the EDNY Sex Trafficking Action — along with representation in other matters of two other victims of Rubin — directly resulted in Schnur's client Rubin finally being indicted and arrested on September 26, 2025, for sex trafficking ten different victims (apparently the nine Balestriere represented plus one other).

That is, at all times in this Answer, and at any time in this action with reference to any allegations by Schnur, Balestriere denies that the EDNY Sex Trafficking Action – where a jury accepted all of the key allegations made in such lawsuit, which resulted in a multi-million dollar award for sex trafficking victims, and where Defendant's diligence and successes in that case proved absolutely essential to the U.S. Attorney's office eventual indictment and arrest of Schnur's client Rubin – is a "Sham."

Instead, Defendant refers to such lawsuit in this Answer as the Successful Action.

5)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs except that Defendant admits Plaintiffs were initially and for a very short time a defendant in the Successful Action.

6)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

7)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

8)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

9)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, except Defendant denies that he had any intent to harm Plaintiffs by representing his then clients in the Successful Action.

10)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

11)     Denied.

12)     Denied, except admitting that Plaintiff and Defendant did correspond.

13)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied that Plaintiff did not draft any non-disclosure agreement or that the proved-use of the non-disclosure agreements by Plaintiff's client was lawful.

14)     Denied.

15)     Denied, except admits that Plaintiffs have filed and prosecuted for years the State Lawsuit with certain claims still proceeding.

16)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

## JURISDISCTION AND VENUE

17)    Admitted.

18)    This asserts a legal conclusion that does not have to be admitted or denied.

19)    This asserts a legal conclusion that does not have to be admitted or denied.

20)    This asserts a legal conclusion that does not have to be admitted or denied.

## PARTIES

21)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

22)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

23)    Denied.

24)    Denied, but admits Defendant signed certain filings in the Successful Action.

## RELEVANT NON-PARTIES

25)    Admitted.

26)    Admitted.

27)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admits that Jeremy Saland is an attorney who once represented EDNY Sex Trafficking Victim Lytell and was involved in the EDNY Sex Trafficking Action.

28)      Denied regarding characterizations of the Successful Action, otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

29)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs but admits the EDNY Sex Trafficking Victims sued Jennifer Powers.

## BACKGROUND

30)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denies any conspiracy.

31)      Denied.

32)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

33)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs

34)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

35)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

36)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

37)      Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

38)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

39)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

40)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

41)    Denied, but specify that Defendant neither admits nor denies the allegations regarding Robert Aloi at any time in this pleading.

42)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

43)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

44)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

45)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

46)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

47)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

48)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

49)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

50)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

51)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

52)    Denied, but admit that Defendant and Saland worked together in the past.

53)    Denied, but admit that Defendant represented the EDNY Sex Trafficking Victims.

54)    Denied any "plan", and otherwise neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

55)    Denied.

56)    Denied.

57)    Denied.

58)    Denied.

59)    Denied.

**Pleaded as "Defendants Attempt To 'Break' Plaintiff"**

60)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

61)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

62)    Admitted.

8

63)    Admit that Plaintiffs were named in the Successful Action complaint.

64)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

65)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

66)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

67)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

68)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

69)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

70)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

71)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

72)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, except admit paralegals of Balestriere Fariello acted at Defendant's direction.

73)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

74)    Admit a summons with notice was filed, but otherwise Denied.

75)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

76)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

77)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

78)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

79)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

80)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

81)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

82)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

83)    Denied that Plaintffs ever set forth a "flat denial" regarding the allegations against Schnur, otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

84)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

85)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

### Pleaded as "Defendant Balestriere Agrees to Assume Liability for Conduct of Co-Counsel Jeremy Saland"

86)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

87)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

88)     This paragraph asserts legal conclusions that do not have to be admitted or denied.

89)     This paragraph asserts legal conclusions that do not have to be admitted or denied but Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

90)     This paragraph asserts legal conclusions that do not have to be admitted or denied but Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

91)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

92)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

93)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

94)     Defendant neither admits nor denies the allegations in this paragraph (including the attached chart) and leaves Plaintiffs to their proofs, though again denies the characterization of the Successful Action as a "sham."

### Pleaded as "The Bogus Tolling Agreement Push"

95)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

96)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

97)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

98)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

99)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

100)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

101)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

102)    Denied.

103)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

104)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

105)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

106)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

**Pleaded as "The Defendant Balestriere, on behalf of their co-counsel Jeremy Saland and the Original EDNY Plaintiffs File the Sham Action**

107)    Denied.

108)    Denied.

109)    Denied.

110)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, except admit the EDNY Sex Trafficking Victims at one points filed an initial complaint in the Successful Action.

111)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

112)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied Defendant knew or believed any allegations the EDNY Sex Trafficking Victims made against Plaintiffs were false.

113)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

114)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied Defendant knew or believed any allegations the EDNY Sex Trafficking Victims made against Plaintiffs were false.

115)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied Defendant knew or believed any allegations the EDNY Sex Trafficking Victims made against Plaintiffs were false.

116)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

117)    Denied.

118)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

119)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

120)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied that Defendants attempted to widely publicize the initiation of the Successful Action.

121)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

122)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

123)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

124)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

125)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

126)    Denied.

127)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

128)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

129)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied Defendant knew or believed any allegations the EDNY Sex Trafficking Victims made against Plaintiffs were false.

130)    Denied.

131)    Denied.

132)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

133)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

134)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

135)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

136)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

137)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

**Pleaded as "The Amended EDNY Plaintiffs Pile On"**

138)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

139)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit that Defendant signed papers filed in the Successful Action.

140)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

141)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

142)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

143)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied that Defendant knew or believed that any of the EDNY Sex Trafficking Victims' allegations were false.

144)    Denied.

145)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

146)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

147)    Denied.

148)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

149)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denied that Defendant new of believed that any of the EDNy Sex Trafficking Victims' allegations were false, or that Defendant intended do inflict harm or did inflict harm.

150)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

151)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

**Pleaded as "Discovery Begins in the Sham Action and the Scheme Unravels"**

152)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

153)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

154)    Denied.

155)    Denied the time period asserted in a submission by Schnur, even if true, "destroyed" the EDNY Sex Trafficking Victim's case, otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

156)    Denied the EDNY Sex Trafficking Victims' testimony demonstrates bad faith by anyone Rubin is paying Schnur to sue, and otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

157)    Denied that any text messages between the EDNY Sex Trafficking Victims show any bad faith by either Defendant or any of his colleagues, and otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

158)    Denied that any text messages between the EDNY Sex Trafficking Victims show any bad faith by either Defendant or any of his colleagues, and otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs

159)    Denied that the referenced language shows that there was any fabrication of the allegations proven in the EDNY Sex Trafficking Action and which resulted in Rubin's indictment, and otherwise Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

160)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs

161)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

162)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

163)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit at some point Plaintiffs moved for sanctions in the Successful Action.

164)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit that the district court in the Successful Action sanctioned Defendant, albeit a tiny portion of the total sanction which Plaintiffs sought.

165)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit that the district court in the Successful Action sanctioned Defendant, albeit a tiny portion of the total sanction which Plaintiffs sought.

**Pleaded as "Despite Dismissal and Sanctions Defendant
Balestriere Continues to Malign and Harass Plaintiff"**

166)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denies that Defendant knew that any allegations of the EDNY Sex Trafficking Victims were untrue, states that all EDNY Sex Trafficking Victims agreed to the allegations in the Second Amended Complaint which they authorized Defendant and his colleagues to file, and states that such amended filing was made in coordination with Schnur's co-counsel – those who filed notices of appearance on behalf of Rubin in the EDNY Sex Trafficking Action – who agreed that the new pleading should keep virtually all of the allegations noted in the prior pleadings save for those specifically asserting federal racketeering claims.

167)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

168)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

169)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

170)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

171)    Denied.

172)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

173)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

### Pleaded as Defendant Balestriere Lost His Case Against Plaintiff but Won His War

174)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit that the claim against Plaintiffs was dismissed and Defendant sanctioned in the Successful Action.

175)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

176)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

177)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

178)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

179)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

180)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

181)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

182)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

183)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

184)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

185)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

186)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

187)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

188)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

189)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

190)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

191)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

192)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

193)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

194)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

195)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

196)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

197)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

198)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

199)     Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

**Pleaded as "After Plaintiff Filed The State Lawsuit, Defendant
Balestriere Defrauds the State Court in Order to Punish Plaintiff"**

200)    Denied.

201)    Denied.

**Pleaded as "Defendant Balestriere Makes Misrepresentations
in the Abuse of Process Action"**

202)    Defendant neither admits nor denies the allegations in this paragraph and
leaves Plaintiffs to their proofs, but admit that Defendant's former firm sued Schnur's
client Rubin.

203)    Defendant neither admits nor denies the allegations in this paragraph and
leaves Plaintiffs to their proofs, but denies any misrepresentations were made in any
court, and, to the extent it requires a legal conclusion, that need not be admitted or denied.

**Pleaded as "Defendant Balestriere Continues to Make
Misrepresentations in the State Lawsuit"**

204)    Defendant neither admits nor denies the allegations in this paragraph and
leaves Plaintiffs to their proofs, but denies any misrepresentations were made in any
court.

205)    Defendant neither admits nor denies the allegations in this paragraph and
leaves Plaintiffs to their proofs, but denies any misrepresentations were made in any
court.

206)    Defendant neither admits nor denies the allegations in this paragraph and
leaves Plaintiffs to their proofs.

207)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denies any misrepresentations were made in any court.

208)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

209)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

210)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but admit that the appellate court modified the trial court's order on the pleadings.

211)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

212)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

213)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

214)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

215)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

216)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but denies any misrepresentations were made in any court.

217)    Denied.

218)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

219)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

220)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

221)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

222)    Denied.

223)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

224)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

225)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

226)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

227)    Denied.

228)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs.

## <u>AS AND FOR A FIRST CAUSE OF ACTION</u>
(Pleaded as Defamation Against Defendant Balestriere – 11 U.S.C § 523(a)(6))

229)    Defendant incorporates his responses from above.

230)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

231)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

232)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

233)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

234)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

235) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

236) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

237) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

238) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

239) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

240) Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

## AS AND FOR A SECOND CAUSE OF ACTION

241) Defendant incorporates his responses from above.

242)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

243)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

244)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

245)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

246)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

## AS AND FOR THE THIRD CAUSE OF ACTION

247)    Defendant incorporates his responses from above.

248)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

249)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

250)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

251)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

252)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

253)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

254)    Defendant neither admits nor denies the allegations in this paragraph and leaves Plaintiffs to their proofs, but, to the extent this asserts a legal conclusion, the allegation does not need to be admitted or denied.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

1.    At all times relevant to the facts alleged in the Complaint, Defendant owed no fiduciary duty to Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

2.      Defendant had neither a subjective intent to harm, or a subjective belief that harm was substantially certain to be incurred by Plaintiffs.

## THIRD AFFIRMATIVE DEFENSE

3.      Defendant had no intent to cause willful and/or malicious injury, and, in fact, did not cause any malicious injury, or any injury.

## FOURTH AFFIRMATIVE DEFENSE

4.      The alleged actions taken by Defendant were not done with malice and/or with no just cause or excuse.

## FIFTH AFFIRMATIVE DEFENSE

5.      The alleged actions taken by Defendant were not willful.

## SIXTH AFFIRMATIVE DEFENSE

6.      Any damages to reputation or any other kinds of damages Plaintiffs claim to have suffered were caused in whole in part by Plaintiffs' own conduct, decisions, or omissions, or by other counsel or clients of Plaintiffs, or by other parties.

## SEVENTH AFFIRMATIVE DEFENSE

7.      Plaintiffs' claims are barred by the doctrine of *in pari delicto*.

## EIGHTH AFFIRMATIVE DEFENSE

8.      Plaintiffs suffered no damages from any of the acts alleged in the Complaint.

**NINTH AFFIRMATIVE DEFENSE**

9.      Any injury sustained by the Plaintiffs, if any, was not the result of any actions undertaken by the Defendant.

**TENTH AFFIRMATIVE DEFENSE**

10.      Defendant acted in good faith at all times relevant to the allegations in the Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.      Defendant had a legal duty to provide advice to his clients and to act in his clients' best interests, and, in fact, was acting in his clients' interests with regards to the allegations in the Complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

12.      Defendant presently has insufficient knowledge or information upon which to form a belief as to whether Defendant may have additional and yet unstated affirmative defenses available. In particular, Defendant reserves the right to assert additional affirmative defenses or additional or modified denials or admissions in the event that discovery, decisions of other courts, newly discovered evidence, or anything else indicates that such defenses are appropriate.

**WHEREFORE** Defendant expressly denies Plaintiffs are entitled to any of the relief sought in their "Prayer for Relief," expressly denies any allegations of any wrongdoing whatsoever (including, but not limited to, Schnur's repeated – never proved after seven years – allegations of misrepresentations to courts or knowingly filing anything false in any court), and respectfully request that the Court enter judgment in

Defendant's favor, dismiss Plaintiffs' Complaint with prejudice, and award Defendant all

such other and further relief as the Court deems just, equitable, and proper, including but

not limited to costs, interest, and attorneys' fees.


 Dated: September 26, 2025
         New York, New York

**BARCLAY DAMON LLP**

   _/s/Ilan Markus_____
Janice B. Grubin
Ilan Markus
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com

*Counsel for Debtor-Defendant John G. Balestriere*

32441145